**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CARRIE WIRICK**                                                                      **PLAINTIFF**

**V.**                                                                    **CAUSE NO. 3:14-CV-370-CWR-LRA**

**CAROLYN W. COLVIN,** *Commissioner,*                               **DEFENDANT**
*United States Social Security Administration*

**ORDER**

Before the Court is the plaintiff's objection to the Magistrate Judge's Report and

Recommendation (R&R). Docket No. 16. The R&R recommends affirming the Commissioner's

denial of Supplemental Security Income. Docket No. 15.

The Court has reviewed *de novo* the portions of the R&R to which the plaintiff has

objected. 28 U.S.C. § 636(b). It is not persuaded that the ALJ's HALLEX error requires remand

for further factual development or that the ALJ's decision fails for lack of substantial evidence.

Accordingly, this Court adopts the R&R's findings and conclusions as its own, grants the

Commissioner's motion to affirm, and denies the plaintiff's motion for summary judgment. A

separate Final Judgment will issue this day.

**SO ORDERED**, this the 10th day of August, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE